No. 00–5187.  SCRUGGS *v.* HOWIE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–5189.  SETZLER *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 00–5190.  GARCIA QUINTERO *v.* CREECY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–5191.  LUCKETT *v.* McDANIEL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–5192.  LOWELL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–5193.  ABDULLAH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5194.  BLACKWELL *v.* LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–5196.  NELSON *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–5200.  SAITTA *v.* MORGAN STATE UNIVERSITY.  C. A. 4th Cir.  Certiorari denied.

No. 00–5201.  CLEVELAND *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–5202.  HUTCHINSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5203.  JOHNSON *v.* HERTZ CORP. ET AL.  Ct. App. Mich.  Certiorari denied.

No. 00–5205.  MAY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–5206.  LADOUCEUR *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5207.  NEIVES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.